# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| DONALD G. THOMPSON II, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THS GROUP, LLC d/b/a TOTAL HOME PROTECTION,<br><br>    Defendant. | Case No. 2:20-cv-10776-DML-MJH |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, DONALD G. THOMPSON II, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, THS GROUP, LLC d/b/a TOTAL HOME PROTECTION, with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: May 26, 2020

Respectfully submitted,

**DONALD G. THOMPSON II**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com