UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD G. THOMPSON II,

      Plaintiff,                                      Case Number 20-10776

v.                                                    Honorable David M. Lawson

THS GROUP, LLC d/b/a TOTAL HOME
PROTECTION,

      Defendant.

_____/

## ORDER OF DISMISSAL

On May 18, 2020, the parties filed a notice stating that they had reached an agreement to resolve all of the claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before July 10, 2020**.

                                                                            s/David M. Lawson
                                                                            DAVID M. LAWSON
                                                                            United States District Judge

Dated:  May 26, 2020